**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| **Alicia Maribel Lopez Hernandez,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**David Wesling, et al.,**<br><br>**Respondents.** | **Civil Action No.**<br>**26-13648-NMG** |

**ORDER**

**GORTON, J.**

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Alicia Maribel Lopez Hernandez ("petitioner" or "Lopez Hernandez"). She contends that David Wesling and other named respondents ("respondents") have subjected her to mandatory detention despite her claim that she is entitled to procedures under 18. U.S.C. §1226(a).

Based upon the precedent set forth in Guerrero Orellana v. Moniz, No. 25-2152, 2026 WL 2352042 (1st Cir. Aug. 13, 2026), the petition for writ of habeas corpus (Docket No. 1) is **ALLOWED.** The Court directs that Lopez Hernandez is to be released unless she is afforded a bond hearing that complies

with the standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.

**So ordered.**

Nathaniel M. Gorton

Nathaniel M. Gorton
Senior United States District Judge

Dated: August 17, 2026